# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| NAAM L. MATTHEWS,<br><br>    Plaintiff,<br><br>v.<br><br>CBE COMPANIES, INC. d/b/a CBE GROUP,<br><br>    Defendant. | Case No. 4:18-cv-04692 |

### AFFIDAVIT OF NAAM L. MATTHEWS

    I, NAAM L MATTHEWS, being first duly sworn upon oath depose and say that I am the Plaintiff in the above captioned proceeding. I have personal knowledge and thereby testify to the below facts. The facts set forth in the affidavit are known to me to be true based upon my personal knowledge of such facts. If called upon to testify as a witness, I would so testify to these facts.

1. At the time the above referenced case was filed, I was a resident of Bryan, Texas. I resided at 4302 College Main Street, #334, Bryan, Texas 77801.

2. About a month ago, I relocated to Vali, Arizona. My current address is 10733 South Bear Table Tank Drive, Vali, Arizona 85641.

3. My current residence is approximately 1,000 miles away from Houston, TX.

4. Due to my very busy work schedule, at this time, I am unable take time off from work to travel to Houston, Texas for the deposition set for July 17, 2019.

5. Also, due to my recent move to Vali, Arizona as well as pending divorce proceeding, I am financially unable to travel to Houston, Texas.

I affirm under the penalties of perjury that the foregoing representations are true.

FURTHER AFFIANT SAYETH NOT:

s/ Naam L. Matthews