United States District Court
Southern District of Texas
**ENTERED**
July 10, 2019
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| NAAM L. MATTHEWS, | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:18-04692 |
| | § | |
| THE CBE GROUP, INC., | § | |
|     Defendant. | § | |

## ORDER

Before the Court is Plaintiff's Motion for Protective Order ("Motion") [Doc. # 19]. It is hereby

**ORDERED** that on or before **Friday, July 12, 2019,** Defendant must file a letter setting forth the status of the issues in dispute and its positions on open matters. It is further

**ORDERED** that the parties are directed to confer further in an attempt to resolve or narrow this dispute. Correspondence between counsel negotiating a resolution of the dispute should **not** be sent to the Court. It is further

**ORDERED** that the Court will hold a conference regarding the parties' dispute on **July 16, 2019, at 1:00 p.m.** The parties are directed to notify the Court's Case Manager Shelia Ashabranner by telephone, (713) 250-5407, and email, Shelia_Ashabranner@txs.uscourts.gov, as soon as possible if the conference becomes unnecessary.

2

SIGNED at Houston, Texas, this 10th day of **July, 2019.**

_____
NANCY F. ATLAS
SENIOR UNITED STATES DISTRICT JUDGE